IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**VINCENT ROBERT BARBIERI,**
    Petitioner,

v.                                                             No.   5:04cv10/LAC/MD

**JAMES V. CROSBY,**
    Respondent.
_____

### O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 31, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The Title 28 U.S.C. §2254 petition for writ of habeas corpus (doc. 1), challenging the conviction and sentence in the case of *State of Florida v. Vincent Barbieri* in the Circuit Court of Bay County, Florida, case nos. 99-2482, 99-2483, 99-2484 is DENIED, this cause is DISMISSED, and the clerk is directed to close the file.

DONE AND ORDERED this 15th day of August, 2006.

                                                       s/*L.A. Collier*
                                                       **LACEY A. COLLIER**
                                                       **SENIOR UNITED STATES DISTRICT JUDGE**